UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-14030-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAXWELL A. VEGA,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1.    I convened a hearing to permit Defendant to change his plea in this criminal case on November 18, 2021. The hearing was convened via video teleconference on the Zoom platform. At the hearing's outset, I advised Defendant of his right to appear in person for the proceeding. Defendant acknowledged that he understands that right and, after consultation with counsel, agreed to waive that right and consented to have the hearing conducted through video teleconference. Having discussed the matter with Defendant, I find that his waiver of in person appearance and consent to proceed through video teleconference is knowing and voluntary. I also find, pursuant to the CARES Act, H.R. 788, and the Court's Administrative Orders In re: Coronavirus Public Emergency, that the plea cannot be further delayed without serious harm to the interests of justice.

2.    I advised Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request

of Defendant, Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. Defendant, Defendant's attorney, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges.

4. There is a written Plea Agreement which has been entered into by the parties in this case. I reviewed that Plea Agreement with Defendant on the record. Defendant acknowledged that he gave his attorney, Robert Adler, permission to sign Defendant's name on the Plea Agreement, which was filed in the record at DE 32. Defendant also acknowledged that he gave his attorney, Robert Adler, permission to sign Defendant's name on the Acknowledgment of Offense Elements and Stipulation as to Factual Basis for Guilty Plea ("Stipulation as to Factual Basis"), which was filed in the record at DE 31.

5. On December 3, 2021, I reconvened the hearing at the Federal Courthouse so Defendant could sign his Plea Agreement and Stipulation as to Factual Basis in person. On December 3, 2021, Defendant appeared before me in person and signed the Plea Agreement and Stipulation as to Factual Basis. Those documents, which have been amended only insofar as they now contain Defendant's actual signature on them, are filed in the record at DE 36 and 37.

6. The Defendant pleaded guilty to Count One of the Indictment, which charges Defendant with distribution of a controlled substance, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(A)(viii); Count Two of the Indictment, which charges Defendant with distribution of a controlled substance, methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and Count Three of the Indictment, which charges Defendant with distribution of a controlled substance, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

7. I reviewed with the Defendant the statutory maximum and mandatory minimum penalties applicable to Counts One, Two and Three of the Indictment. Defendant acknowledged that he understood the statutory penalties that apply in his case.

8. The parties submitted a written Stipulation as to Factual Basis which was signed by Defendant, Defendant's attorney, and the Government. DE 36. Defendant acknowledged that he signed the Stipulation, understands it, and has had the opportunity to fully discuss it with his attorney. Defendant agreed that the Stipulation is true and correct, and accurately sets forth the facts in his case as he understands them to be. I find that it sets forth each of the essential elements of the crimes to which Defendant is pleading guilty.

9. Based on the foregoing and the plea colloquy that I conducted, I find that Defendant enters his plea of guilty to Counts One, Two and Three of the Indictment freely and voluntarily. I

accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts One, Two and Three as charged in the Indictment.

10. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, I recommend to the District Court that Defendant's plea of guilty to Counts One, Two and Three of the Indictment be accepted; that Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this <u>6th</u> day of December, 2021.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE