UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-14030-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

> Plaintiff,

vs.

MAXWELL A. VEGA,

> Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District
Court to conduct a Change of Plea Hearing before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Shaniek M. Maynard on November 9,
2021 [DE: 29]. A Report and Recommendation was filed on December 6, 2021, [DE: 40],
recommending that the Defendant's plea of guilty be accepted. The Defendant and the
Government were afforded the opportunity to file objections to the Report and Recommendation,
however none were filed. The Court has conducted a de novo review of the entire file and after
careful consideration, the Court affirms and adopts the Report and Recommendation.
Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [DE: 29] of
United States Magistrate Judge Shaniek M. Maynard, is hereby **AFFIRMED** and **ADOPTED** in
its entirety.

The Defendant is adjudged guilty of Count One of the Indictment, which charges him
with distribution of a controlled substance, 50 grams of methamphetamine, its salts, isomers, and
salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States
Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(A)(viii); Count Two
of the Indictment, which charges Defendant with distribution of a controlled substance,
methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,
in violation of Title 21, United State Code, Section 841(a)(1); and Count Three of the

Indictment, which charges Defendant with distribution of a controlled substance, a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).  The Defendant acknowledged that he understood the statutory penalties that apply in his case.

Sentencing in this matter is set on **Monday, March 14, 2022 at 12:00 p.m.,** at the Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Room #1016, Ft. Pierce, Florida 34950.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of January, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Shaniek Maynard
All Counsel of Record
U.S. Probation Office